☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

In re:   **Kaelyn Miller**                                              Case No.

Debtors:                                                                Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**   (1) **31 Mulberry Grove Road**            (2)
                   **Bradford, TN 38316**

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ **135.00 Bi-Weekly**
☑ **PAYROLL DEDUCTION**   OneMain General Services, 601 NW 2nd Street, PO Box 59, Evansville, IN 47701-0059
From:

**Debtor(2)** shall pay $ _____   (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION**                                    **OR** ( ) **DIRECT PAY**
From:

**1. THIS PLAN [Rule 3015.1 Notice]:**
  (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]   ☐ YES   ☑ NO
  (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION   ☐ YES   ☑ NO
     OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
  (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].   ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                              Monthly Plan Payment:
                Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
**None**        ongoing payment begins _____                                         $
                Approximate arrearage: _____

**5. PRIORITY CLAIMS:**
**-NONE-**                          Amount _____                                     $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:
**None**        ongoing payment begins _____                                         $
                Approximate arrearage: _____    Interest _____                      $

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]   Value of Collateral:   Rate of Interest   Monthly Plan Payment:
**Heights Finance Corp.**              **2,500.00**           **10.00**          $**81.00**
**World Finance Corporation**          **2,250.00**           **10.00**          $**75.00**

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. §1325 (a)]      Value of Collateral:   Rate of Interest   Monthly Plan Payment:
**Chrysler Capital -Paid by Co-signer**

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**
**-NONE-**                          Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

Amount:     Rate of Interest     Monthly Plan Payment:

*-NONE-*                                                                                                   $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

*Jackson State Community College $1,100.00*                  *$20.00 Monthly*
*Debt Will Survive Discharge.*

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

*-NONE-*

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** *$17,339.00*

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐     %, OR,

☑     THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

*Farmers Home Furniture*: *Couch, Recliner*          ☑ Assumes **OR** ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately *36* months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

*None*

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*/s/ C. Jerome Teel, Jr.*                                   Date *May 14, 2019*                 .
C. Jerome Teel, Jr. 016310
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**           /al